JOSEPH DEAN, Respondent, v. THE GENERAL ACCIDENT ASSURANCE CORPORATION, LIMITED, Appellant.

*Dean* v. *General Accident Assurance Corpn., Limited,* 131 App. Div. 922, affirmed.

(Argued December 8, 1910; decided January 17, 1911.)

APPEAL from a judgment of the Appellate Division of the Supreme Court in the fourth judicial department, entered March 15, 1909, affirming a judgment in favor of plaintiff entered upon a verdict and an order denying a motion for a new trial in an action to recover upon a policy of accident insurance.

*E. W. Personius* for appellant.

*Thomas F. Rogers* for respondent.

Judgment affirmed, with costs; no opinion.

Concur: CULLEN, Ch. J., HAIGHT, WILLARD BARTLETT, HISCOCK. CHASE and COLLIN, JJ. Absent: WERNER, J.